THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK ALMANZAR, Appellant. [643 NYS2d 1012]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Rosenblatt, J. P., Ritter, Copertino and Pizzuto, JJ., concur.